### 35395. JONES v. YOUNG et al.

The opinion of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED SEPTEMBER 19, 1979 — DECIDED. JANUARY 24, 1980.

*Tully N. Bond, Jr.,* for appellant.
*R. Robider Markwalter, V. J. Adams, Jr.,* for appellees.